AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Ian C. and A. C.,

Plaintiffs,

v.

United Healthcare Insurance Company,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-474-HCN

IT IS ORDERED AND ADJUDGED

That summary judgment is granted in favor of Defendant and against Plaintiffs.

August 11, 2022
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge